IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:01-CR-82-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **O R D E R** |
| ANTONIO P. SHUFFORD, | ) |
| Defendant. | ) |

This matter comes before the Court on defendant's *pro se* motion requesting a copy of his pre-sentence report (PSR). Defendant was sentenced on December 1, 2001 to 120 months' imprisonment in the Bureau of Prisons. Defendant has since been released from federal custody. On January 8, 2018, defendant filed the instant motion, in which he requests a copy of his PSR apparently in order to resolve an issue concerning his state criminal record.

Rule 32 of the Federal Rules of Criminal Procedure "does not give a defendant any right whatsoever to have a copy of the [presentence] report." *Ward v. United States*, 609 F. Supp. 169 (N.D. Ohio 1985). Defendant, in his motion, asserts that he is represented by counsel. Accordingly, his motion is DENIED WITHOUT PREJUDICE, and his attorney may refile his request if release of the report is justified.

SO ORDERED, this 28 day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE